**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. **10-54030-CMC** |
| | § | |
| **LOCKHART, BRITTNEY R** | § | Chapter 7 |
| | § | |
| | § | Judge: **Caldwell** |
| Debtor(s). | § | |

**NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $1,972.13 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Ohio Health<br>5350 Frantz Rd.<br>Dublin OH 43016 | 5 | $1,972.13 |

Dated:     April 15, 2011           /s/ Larry J. McClatchey
                                    Larry J. McClatchey, Trustee (0012191)
                                    65 East State Street, Suite 1800
                                    Columbus, Ohio 43215
                                    (614) 462-5400
                                    lmcclatchey@keglerbrown.com

cc:    U.S. Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215
       Ohio Health, 5350 Frantz Rd., Dublin OH 43016

055424.001481/#4847-0329-7545 v1